1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  JAMES C. BAKER,                                    )
                                                       )
11              Plaintiff(s),                          )        Case No. 2:14-cv-00197-GMN-NJK
                                                       )
12  vs.                                                )        ORDER
                                                       )
13  HARTFORD UNDERWRITERS INSURANCE                    )
    COMPANY,                                           )
14                                                     )        (Docket Nos. 22, 24)
                Defendant(s).                          )
15  _____ )

16          Pending before the Court is Defendant's motion to stay discovery.  Docket No. 22.  The Court

17  hereby **ORDERS** that any response must be filed no later than May 5, 2014 and any reply no later than

18  May 12, 2014.

19          Also pending before the Court is Plaintiff's proposed discovery plan.  Docket No. 24.  The

20  discovery plan is hereby **DENIED** without prejudice.  In the event the Court denies the motion to stay,

21  the parties shall promptly meet and confer on a proposed discovery plan and shall file a proposed

22  discovery plan within 14 days of the order resolving the motion to stay.

23          IT IS SO ORDERED.

24          DATED: April 28, 2014

25

26  _____
    NANCY J. KOPPE
    United States Magistrate Judge

27

28