DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  natalie.winslow@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for Hartford Underwriters Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES C. BAKER, individually,<br><br>      Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendants. | Case No.:  2:14-cv-00197-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant HARTFORD UNDERWRITERS INSURANCE COMPANY, by and through its attorneys AKERMAN LLP, and Plaintiff James Baker, by and through their attorneys HENNESS & HAIGHT, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{30523543;1}

1  Each party to bear its own costs and fees.

2  **IT IS SO STIPULATED.**

3

   DATED this 9th day of April, 2015.
4

5  | **HENNESS & HAIGHT** | **AKERMAN LLP** |
   |---|---|
6  |  |  |
7  | /s/ *Erik Ahlander*_____ | /s/ *William S. Habdas*_____ |
   | DAVID J. MARTIN, ESQ. | DARREN T. BRENNER, ESQ. |
8  | Nevada Bar No. 9117 | Nevada Bar No. 8386 |
   | M. ERIK AHLANDER, ESQ. | NATALIE L. WINSLOW, ESQ. |
9  | Nevada Bar No. 9490 | Nevada Bar No. 12125 |
   | 8972 Spanish Ridge Avenue | WILLIAM S. HABDAS, ESQ. |
10 | Las Vegas, Nevada 89148 | Nevada Bar No. 13138 |
   | tel: (702) 862-8200 | 1160 Town Center Drive, Suite 330 |
11 | david@hennessandhaight.com | Las Vegas, Nevada 89144 |
   |  | tel: (702) 634-5000 |
12 | *Attorney for Plaintiff* | darren.brenner@akerman.com |
   |  | natalie.winslow@akerman.com |
13 |  | william.habdas@akerman.com |
   |  |  |
14 |  | *Attorneys for Defendant Hartford* |
   |  | *Underwriters Insurance Company* |
15

16

17                          <u>**ORDER**</u>

18         UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

19  ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with

20  prejudice, each party to bear its own costs and fees.

21                                    **IT IS SO ORDERED.**

22

23                          _____

24                          Gloria M. Navarro, Chief Judge
                            United States District Court
25

26                          **DATED:  04/15/2015**

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572